# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0080.  CARA WILLIAMS v. CLIFF CASON et al.**

Upon consideration of Cara Williams's Petition for Writ of Mandamus, the same is hereby DENIED. See Ct. App. R. 40 (c);  *Arnold v. Alexander*, 321 Ga. 330, 335 (1) (914 SE2d 311) (2025).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  11/04/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*